

# United States District Court
# Eastern District of California

| | |
|---|---|
| MICHAEL SPRAGUE, et al. | |
| Plaintiff(s) | Case Number: 2:25-cv-02795-DJC-CSK |
| V. | |
| STATE OF CALIFORNIA, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jon Neulieb hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: Plaintiffs Estate of Stephanie Brinson, Michael Sprague and Armand Torres

On 11/07/2002 (date), I was admitted to practice and presently in good standing in the Illinois (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 10/01/2025                Signature of Applicant: /s/ Jon Neulieb

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jon Neulieb |
| Law Firm Name: | The Oppenheimer Firm |
| Address: | 223 W. Jackson Blvd., Suite 612 |
| City: | Chicago     State: IL     Zip: 60606 |
| Phone Number w/Area Code: | (312) 327-3370 |
| City and State of Residence: | Chicago, IL |
| Primary E-mail Address: | jonn@eolawus.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Simon Leen |
| Law Firm Name: | The Freedman Firm |
| Address: | 1801 Century Park East, Suite 450 |
| City: | Los Angeles     State: CA     Zip: 90067 |
| Phone Number w/Area Code: | (310) 285-2210 |
| Bar #: | 332033 |

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: October 1, 2025

*Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE