**THE FREEDMAN FIRM**
Simon P. Leen (State Bar No. 332033)
1801 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 285-2210
simon@thefreedmanfirm.com

**THE OPPENHEIMER FIRM**
Jon Neuleib (Admitted Pro Hac Vice)
Michael Oppenheimer (Admitted Pro Hac Vice)
223 W. Jackson Blvd., Suite 612
Chicago, IL 60606
(312) 327-3370
jonn@eolawus.com
michael@eolawus.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

ARMAND TORRES, AND MICHAEL SPRAGUE, INDIVIDUALLY AND AS SUCCESSORS OF INTEREST TO THE ESTATE OF STEPHANIE BRINSON;

Plaintiffs,

v.

WARDEN PATRICK COVELO, AND DOES 1-15,

Defendants.

Case No.: 2:25-cv-02795-DJC-CSK

**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT**
[Fed. R. Civ. P. 6(b); L.R. 143, 144]

JURY TRIAL DEMANDED

Judge: Hon. Daniel J. Calabretta
Courtroom 7
Action Filed: September 26, 2025
Trial Date: None Set

**ORDER**

The Court has reviewed the parties' Stipulation to Extend Time to File Plaintiffs' Third Amended Complaint. Plaintiffs' Third Amended Complaint is presently due September 17, 2026 pursuant to this Court's order of August 20, 2026. ECF 38. The parties jointly request a forty-five (45) day extension of that deadline so that the parties may finalize a stipulated protective order,

complete the redaction, production, and review of records from the Central File of David Brinson, and complete their meet and confer regarding the balance of that production.

Good cause appearing, the stipulation is GRANTED. Plaintiffs shall file their Third Amended Complaint on or before November 2, 2026.

IT IS SO ORDERED.

Dated: September 18, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE