**THE FREEDMAN FIRM**
Simon P. Leen (State Bar No. 332033)
1801 Century Park East, Suite 450
Los Angeles, CA 90067
Telephone: (310) 285-2210
simon@thefreedmanfirm.com

**THE OPPENHEIMER FIRM**
Jon Neuleib (Admitted Pro Hac Vice)
Michael Oppenheimer (Admitted Pro Hac Vice)
223 W. Jackson Blvd., Suite 612
Chicago, IL 60606
(312) 327-3370
jonn@eolawus.com
michael@eolawus.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARMAND TORRES, AND MICHAEL SPRAGUE, INDIVIDUALLY AND AS SUCCESSORS OF INTEREST TO THE ESTATE OF STEPHANIE BRINSON;<br><br>Plaintiffs,<br>v.<br><br>WARDEN PATRICK COVELO, AND DOES 1-15,<br><br>Defendants. | Case No.: 2:25-cv-02795-DJC-CSK<br><br>**ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO FILE PLAINTIFFS' THIRD AMENDED COMPLAINT**<br>[Fed. R. Civ. P. 6(b); L.R. 143, 144]<br><br>JURY TRIAL DEMANDED<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom 7<br>Action Filed: September 26, 2025<br>Trial Date: None Set |

**ORDER**

The Court has reviewed the parties' Stipulation to Further Extend Time to File Plaintiffs' Third Amended Complaint. Plaintiffs' Third Amended Complaint is presently due November 2, 2026, pursuant to this Court's order of September 18, 2026. ECF 41. The parties jointly request a sixty (60) day extension of that deadline so that the rolling production of records from the Central

File of David Brinson under the Modified Stipulated Protective Order (ECF 42) may be completed, and so that Plaintiffs may review those records and incorporate them into the amended pleading.

Good cause appearing, the stipulation is GRANTED. Plaintiffs shall file their Third Amended Complaint on or before January 4, 2027.

IT IS SO ORDERED.

Dated: October 30, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE